IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RAYMOND DARNELL JOHNSON, ) | CASE NO. 7:12CV00410 |
| ) | |
| Petitioner, ) | |
| ) | FINAL ORDER |
| vs. ) | |
| ) | |
| HAROLD CLARKE, ) | By: Glen E. Conrad |
| ) | Chief United States District Judge |
| Respondent. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as untimely filed, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 25th day of September, 2012.

_____
Chief United States District Judge